**Order entered October 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01281-CV

### KENNETH W. MORRISON, RICK ADAMS, AND STONECOAT OF TEXAS, LLC, Appellants

### V.

### JOHN D. PROFANCHIK, SR., Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02057-2015**

## ORDER

Before the Court is appellee's October 12, 2018 second motion for extension of time to file brief and appellant's October 15, 2018 response. We **GRANT** the motion and **ORDER** the brief be filed no later than November 19, 2018. We caution that further extension requests will be disfavored.

/s/     DAVID EVANS
         JUSTICE